Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BECKER, JOANN             §    Case No.  12-21073

                                      §

                                      §

Debtor(s)                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 23, 2012.  The undersigned trustee was appointed on May 23, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of       $_____ 27,145.68

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 8,065.98 |
| Administrative expenses | 2,977.34 |
| Bank service fees | 306.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 15,796.24 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 10/29/2012 and the deadline for filing governmental claims was 11/19/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,464.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,464.57, for a total compensation of $3,464.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2014                   By:/s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 12-21073 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** BECKER, JOANN | **Filed (f) or Converted (c):** 05/23/12 (f) |
| | **§341(a) Meeting Date:** 07/26/12 |
| **Period Ending:** 09/18/14 | **Claims Bar Date:** 10/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2940 N. Lakewood Avenue, Chicago, 60657 | 320,000.00 | 110,130.31 | | 0.00 | FA |
| 2 | 1919 N. Drake Avenue, Unit, Chciago, IL 60647 | 288,000.00 | 288,000.00 | | 0.00 | FA |
| 3 | 101 W Superior Parking, P-13, CT & T Land Trust | 18,000.00 | 18,000.00 | OA | 0.00 | FA |
| 4 | 1250 N. LaSalle Street, Parking Space #1 Assets 4 and 5 were sold together in a bulk sale | 18,000.00 | 18,000.00 | | 11,072.84 | FA |
| 5 | 1250 N. LaSalle Street/, Parking Space #2 Assets 4 and 5 were sold together in a bulk sale | 18,000.00 | 18,000.00 | | 11,072.84 | FA |
| 6 | Duplicate of asset # 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Duplicate of asset # 2 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Duplicate of asset # 3 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Duplicate of asset # 4 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Duplicate fo Asset #5 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2616 W. North Avenue Chicago, IL (u) | Unknown | Unknown | | 0.00 | FA |
| 12 | 1829 S. 54th Avenue Cicero, IL (u) | Unknown | Unknown | | 0.00 | FA |
| 13 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 14 | MB Financial Bank - checking - Personal | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | MB Financial Bank - Checking Achieving REsult fr | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Corning Credit Union - checking | 68.87 | 0.00 | | 0.00 | FA |
| 17 | Bank of America | 147.76 | 0.00 | | 0.00 | FA |
| 18 | Corning Credit Union - Savings | 37.15 | 0.00 | | 0.00 | FA |
| 19 | Bank of America - Savings | 104.30 | 0.00 | | 0.00 | FA |
| 20 | Used Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Term - John Hancock | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Fidelity - Self-employ 401(K) | 6.61 | 0.00 | | 0.00 | FA |
| 24 | Fidelity - Rollover IRA | 199,353.84 | 0.00 | | 0.00 | FA |
| 25 | Fidelity - Roth IRA | 192,354.83 | 0.00 | | 0.00 | FA |
| 26 | Midland IRA - Self Directed IRA | 160,398.79 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-21073 | Trustee: (330129) Ira Bodenstein |
| Case Name: BECKER, JOANN | Filed (f) or Converted (c): 05/23/12 (f) |
| | §341(a) Meeting Date: 07/26/12 |
| Period Ending: 09/18/14 | Claims Bar Date: 10/29/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | Fidelity - Brokerage | 120.00 | 0.00 | | 0.00 | FA |
| 28 | Achieving Results from Change, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 1996 Honda Accord | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | Used Computer | 200.00 | 0.00 | | 0.00 | FA |
| 31 | Counterclaim against United Central Bank  (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 31 | **Assets    Totals** (Excluding unknown values) | **$1,219,842.15** | **$452,130.31** | | **$27,145.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Attempt to market and sell parking spaces (3)

Two parking spaces sold.

Third parking space abandoned.

Claims review and tax return determination in process.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    September 30, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-21073 | |
| **Case Name:** | BECKER, JOANN | |
| **Taxpayer ID #:** | **-***4777 | |
| **Period Ending:** | 09/18/14 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/13 | {31} | Unted Central Bank | Payment for assignment of counterclaim per court order entered2/13/2013 | | 1249-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,980.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,970.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,960.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,950.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,940.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,930.00 |
| 10/24/13 | | Fidelity National Title Co | Sale proceeds parking spots(2) at 1250 N. LaSalle | | | 8,956.68 | | 13,886.68 |
| | {5} | | Gross sale proceeds of sale of assets 4 and 5 | 10,000.00 | 1110-000 | | | 13,886.68 |
| | | | Redeemining real estate taxes on both parking spaces paid to Cook County | -4,777.30 | 4700-000 | | | 13,886.68 |
| | | | Payment of past due condo assessments on both parking spaces paid to 1250 N. LaSalle | -3,288.68 | 4120-000 | | | 13,886.68 |
| | | | Tax and insurance escrow held at Fidelity National Title | -2,145.68 | 2500-000 | | | 13,886.68 |
| | | | Closing costs paid to Fidelity National Title | -831.66 | 2500-000 | | | 13,886.68 |
| | {4} | | | 10,000.00 | 1110-000 | | | 13,886.68 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.37 | 13,876.31 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.62 | 13,857.69 |
| 12/13/13 | | Fidelity National Title Company | Balance of closing proceeds 1250 N. LaSalle parking spots | | | 2,145.68 | | 16,003.37 |
| | {4} | | | 1,072.84 | 1110-000 | | | 16,003.37 |
| | {5} | | | 1,072.84 | 1110-000 | | | 16,003.37 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.46 | 15,979.91 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.74 | 15,956.17 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.42 | 15,934.75 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.15 | 15,912.60 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.41 | 15,888.19 |

Subtotals :                    $16,102.36          $214.17

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-21073 | |
| **Case Name:** BECKER, JOANN | |
| **Taxpayer ID #:** **-***4777 | |
| **Period Ending:** 09/18/14 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******2866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.85 | 15,865.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.05 | 15,843.29 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.06 | 15,818.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.99 | 15,796.24 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 16,102.36 | 306.12 | $15,796.24 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 16,102.36 | 306.12 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $16,102.36 | $306.12 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2866** | 16,102.36 | 306.12 | 15,796.24 |
| | $16,102.36 | $306.12 | $15,796.24 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 29, 2012

**Case Number:** 12-21073  
**Debtor Name:** BECKER, JOANN

Page: 1

**Date:** September 18, 2014  
**Time:** 04:02:28 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $3,464.57 | $0.00 | 3,464.57 |
| NOTFILED<br>100 | Select Portfolio Servicing, Inc<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | Secured | ENDING 1316 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Secured | ENDING 9868 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bank of America<br>P.O. Box 660807<br>Dallas, TX 75266-0807 | Secured | ENDING 0999 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | ENDING 1925 | $3,662.00 | $0.00 | 3,662.00 |
| 2 -2<br>610 | United Central Bank<br>C/O Nada Djordjevic,Boodell & Domanskis,<br>353 North Clark Street, Suite 1800<br>Chicago, IL 60654 | Unsecured | Breach of Guaranty | $2,485,021.77 | $0.00 | 2,485,021.77 |
| NOTFILED<br>610 | MB Financial Bank<br>P.O. Box 84067<br>Columbus, GA 31908-4067 | Unsecured | ENDING 4108 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Vidulich, Blase & Valentino PC<br>5501 W 79th St., Suite 400<br>Burbank, IL 60459-2190 | Unsecured | ENDING 1653 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Arnold Landis<br>77 W. Washington Street<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Citibank - Citicards Processing Center<br>P.O. Box 6500<br>Des Moines, IA 50363-0001 | Unsecured | ENDING 4226 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Bank Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Unsecured | ENDING 8690 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 2,492,148.34 | 0.00 | 2,492,148.34 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-21073
Case Name: BECKER, JOANN
Trustee Name: Ira Bodenstein

**Balance on hand:**   $   15,796.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   15,796.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 3,464.57 | 0.00 | 3,464.57 |

Total to be paid for chapter 7 administration expenses:   $   3,464.57
Remaining balance:   $   12,331.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   12,331.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   12,331.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 2,488,683.77 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ELAN FINANCIAL SERVICES | 3,662.00 | 0.00 | 18.15 |
| 2 -2 | United Central Bank | 2,485,021.77 | 0.00 | 12,313.52 |

Total to be paid for timely general unsecured claims:  $     12,331.67

Remaining balance:  $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00

Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00

Remaining balance:  $         0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**