| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | CAROL A. DOYLE<br><br><br>10/29/2014<br>10:30 am |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:   BECKER, JOANN<br><br><br>Debtor(s) | §<br>§<br>§<br>§<br>§ | Case No. 12-21073 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 10/29/2014 in Courtroom 742, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2014           By:    Ira Bodenstein
                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861
**UST Form 101-7-NFR (10/1/2010)**

| Ira Bodenstein | The Honorable: | CAROL A. DOYLE |
|---|---|---|
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BECKER, JOANN          § Case No. 12-21073
                              §
                              §
Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 27,145.68 |
| *and approved disbursements of* | $ | 11,349.44 |
| *leaving a balance on hand of* [1] | $ | 15,796.24 |
| **Balance on hand:** | $ | 15,796.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 15,796.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 3,464.57 | 0.00 | 3,464.57 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,464.57 |
| Remaining balance: | $ | 12,331.67 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    12,331.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    12,331.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,488,683.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ELAN FINANCIAL SERVICES | 3,662.00 | 0.00 | 18.15 |
| 2 -2 | United Central Bank | 2,485,021.77 | 0.00 | 12,313.52 |

Total to be paid for timely general unsecured claims:   $    12,331.67
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 12-21073 Doc 44 Filed 09/22/14 Entered 09/24/14 23:42:19 Desc Imaged
Certificate of Notice Page 5 of 5

```
                           United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                              Case No. 12-21073-CAD
JoAnn Becker                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                 Page 1 of 1                  Date Rcvd: Sep 22, 2014
                              Form ID: pdf006              Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2014.
```
db            +JoAnn Becker,    2940 N. Lakewood, Unit 100,    Chicago, IL 60657-4190
19236892      +Amcore Bank,    c/o Law Offices of Arnold H. Landis,    77 W. Washington St., Ste. 702,
                Chicago, IL 60602-3267
19236893      +Amcore Bank, N.A.,    c/o Shaun D. Sperling,    330 N. Wabash Ave, Suite 1700,
                Chicago, IL 60611-7765
18948567      +Arnold Landis,    77 W. Washington Street,    Chicago, IL 60602-2801
18948568       Bank of America,    P.O. Box 650070,    Dallas, TX 75265-0070
18948569       Bank of America,    P.O. Box 660807,    Dallas, TX 75266-0807
18948570       Chase Bank,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18948571       Citibank - Citicards,    Processing Center,    P.O. Box 6500,    Des Moines, IA 50363-0001
18948573       MB Financial Bank,    P.O. Box 84067,    Columbus, GA 31908-4067
18948574       Select Portfolio Servicing, Inc,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
19236891      +Select Portfolio Servicing, Inc,    c/o Pierce & Associates,    1 N. Dearborn,
                Chicago, IL 60602-4331
19325392     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
19424838      +United Central Bank,    Nada Ojordjevic,    Boodell & Domanskis, LLC,
                353 North Clark Street, Suite 1800,    Chicago, IL 60654-3455
18948575       Vidulich, Blase & Valentino PC,    5501 W 79th St., Suite 400,    Burbank, IL 60459-2190
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18948572*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    Cardmember Services,    P.O. Box 790408,
                Saint Louis, MO 63179-0408)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2014 at the address(es) listed below:
```
          Christopher M Brown    on behalf of Creditor    Select Portfolio Servicing, Inc.
           northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          Ira Bodenstein    on behalf of Trustee Ira Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
          Joseph S Davidson    on behalf of Creditor    Bank of America, N.A. jdavidson@wirbickilaw.com
          Nada Djordjevic    on behalf of Creditor    United Central Bank ndjordjevic@boodlaw.com,
           bjabaay@boodlaw.com
          Neil P Gantz    on behalf of Debtor JoAnn Becker neilgantz@yahoo.com, negrita0615@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```