# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BECKER, JOANN § Case No. 12-21073
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $1,183,842.15                  Assets Exempt: $574,792.15
(without deducting any secured claims)

Total Distribution to Claimants: $20,397.65      Claims Discharged
                                                 Without Payment: $2,490,245.93

Total Expenses of Administration: $6,748.03
```

3) Total gross receipts of $ 27,145.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,145.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $845,147.13 | $8,065.98 | $8,065.98 | $8,065.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,748.03 | 6,748.03 | 6,748.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,157.65 | 2,488,683.77 | 2,488,683.77 | 12,331.67 |
| **TOTAL DISBURSEMENTS** | $862,304.78 | $2,503,497.78 | $2,503,497.78 | $27,145.68 |

4) This case was originally filed under Chapter 7 on May 23, 2012. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/06/2015          By:  /s/Ira Bodenstein
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1250 N. LaSalle Street, Parking Space #1 | 1110-000 | 11,072.84 |
| 1250 N. LaSalle Street/, Parking Space #2 | 1110-000 | 11,072.84 |
| Counterclaim against United Central Bank | 1249-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,145.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Select Portfolio Servicing, Inc | 4110-000 | 512,986.68 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 137,290.76 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 194,869.69 | N/A | N/A | 0.00 |
| | Fidelity National Title Co | 4700-000 | N/A | 4,777.30 | 4,777.30 | 4,777.30 |
| | Fidelity National Title Co | 4120-000 | N/A | 3,288.68 | 3,288.68 | 3,288.68 |
| **TOTAL SECURED CLAIMS** | | | **$845,147.13** | **$8,065.98** | **$8,065.98** | **$8,065.98** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 3,464.57 | 3,464.57 | 3,464.57 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.37 | 10.37 | 10.37 |
| Rabobank, N.A. | 2600-000 | N/A | 18.62 | 18.62 | 18.62 |
| Rabobank, N.A. | 2600-000 | N/A | 23.46 | 23.46 | 23.46 |
| Rabobank, N.A. | 2600-000 | N/A | 23.74 | 23.74 | 23.74 |
| Rabobank, N.A. | 2600-000 | N/A | 21.42 | 21.42 | 21.42 |
| Rabobank, N.A. | 2600-000 | N/A | 22.15 | 22.15 | 22.15 |
| Rabobank, N.A. | 2600-000 | N/A | 24.41 | 24.41 | 24.41 |
| Rabobank, N.A. | 2600-000 | N/A | 22.85 | 22.85 | 22.85 |
| Rabobank, N.A. | 2600-000 | N/A | 22.05 | 22.05 | 22.05 |
| Rabobank, N.A. | 2600-000 | N/A | 25.06 | 25.06 | 25.06 |
| Fidelity National Title Co | 2500-000 | N/A | 2,145.68 | 2,145.68 | 2,145.68 |
| Fidelity National Title Co | 2500-000 | N/A | 831.66 | 831.66 | 831.66 |
| Rabobank, N.A. | 2600-000 | N/A | 21.99 | 21.99 | 21.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,748.03 | $6,748.03 | $6,748.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ELAN FINANCIAL SERVICES | 7100-000 | 3,263.82 | 3,662.00 | 3,662.00 | 18.15 |
| 2 -2 | United Central Bank | 7100-000 | N/A | 2,485,021.77 | 2,485,021.77 | 12,313.52 |
| NOTFILED | MB Financial Bank | 7100-000 | 4,764.92 | N/A | N/A | 0.00 |
| NOTFILED | Vidulich, Blase & Valentino PC | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Landis | 7100-000 | 7,552.73 | N/A | N/A | 0.00 |
| NOTFILED | Citibank - Citicards Processing Center | 7100-000 | 907.28 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Cardmember Service | 7100-000 | 488.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,157.65 | $2,488,683.77 | $2,488,683.77 | $12,331.67 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21073  
**Case Name:** BECKER, JOANN  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/23/12 (f)  
**§341(a) Meeting Date:** 07/26/12  

**Period Ending:** 01/06/15  

**Claims Bar Date:** 10/29/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2940 N. Lakewood Avenue, Chicago, 60657 | 320,000.00 | 110,130.31 | | 0.00 | FA |
| 2 | 1919 N. Drake Avenue, Unit, Chciago, IL 60647 | 288,000.00 | 288,000.00 | | 0.00 | FA |
| 3 | 101 W Superior Parking, P-13, CT & T Land Trust | 18,000.00 | 18,000.00 | OA | 0.00 | FA |
| 4 | 1250 N. LaSalle Street, Parking Space #1<br>Assets 4 and 5 were sold together in a bulk sale | 18,000.00 | 18,000.00 | | 11,072.84 | FA |
| 5 | 1250 N. LaSalle Street/, Parking Space #2<br>Assets 4 and 5 were sold together in a bulk sale | 18,000.00 | 18,000.00 | | 11,072.84 | FA |
| 6 | Duplicate of asset # 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Duplicate of asset # 2 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Duplicate of asset # 3 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Duplicate of asset # 4 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Duplicate fo Asset #5 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2616 W. North Avenue Chicago, IL (u) | Unknown | Unknown | | 0.00 | FA |
| 12 | 1829 S. 54th Avenue Cicero, IL (u) | Unknown | Unknown | | 0.00 | FA |
| 13 | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 14 | MB Financial Bank - checking - Personal | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | MB Financial Bank - Checking Achieving REsult fr | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Corning Credit Union - checking | 68.87 | 0.00 | | 0.00 | FA |
| 17 | Bank of America | 147.76 | 0.00 | | 0.00 | FA |
| 18 | Corning Credit Union - Savings | 37.15 | 0.00 | | 0.00 | FA |
| 19 | Bank of America - Savings | 104.30 | 0.00 | | 0.00 | FA |
| 20 | Used Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Term - John Hancock | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Fidelity - Self-employ 401(K) | 6.61 | 0.00 | | 0.00 | FA |
| 24 | Fidelity - Rollover IRA | 199,353.84 | 0.00 | | 0.00 | FA |
| 25 | Fidelity - Roth IRA | 192,354.83 | 0.00 | | 0.00 | FA |
| 26 | Midland IRA - Self Directed IRA | 160,398.79 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21073  
**Case Name:** BECKER, JOANN  

**Period Ending:** 01/06/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/23/12 (f)  
**§341(a) Meeting Date:** 07/26/12  
**Claims Bar Date:** 10/29/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Fidelity - Brokerage | 120.00 | 0.00 | | 0.00 | FA |
| 28 | Achieving Results from Change, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 29 | 1996 Honda Accord | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | Used Computer | 200.00 | 0.00 | | 0.00 | FA |
| 31 | Counterclaim against United Central Bank (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 31 | **Assets Totals** (Excluding unknown values) | **$1,219,842.15** | **$452,130.31** | | **$27,145.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

Attempt to market and sell parking spaces (3)  
Two parking spaces sold.  
Third parking space abandoned.  
Claims review and tax return determination in process.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** September 30, 2014

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-21073  
**Case Name:** BECKER, JOANN  

**Taxpayer ID #:** **-***4777  
**Period Ending:** 01/06/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/13 | {31} | Unted Central Bank | Payment for assignment of counterclaim per court order entered 2/13/2013 | | 1249-000 | 5,000.00 | | 5,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,980.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,970.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,960.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,950.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,940.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,930.00 |
| 10/24/13 | | Fidelity National Title Co | Sale proceeds parking spots(2) at 1250 N. LaSalle | | | 8,956.68 | | 13,886.68 |
| | {5} | | Gross sale proceeds of sale of assets 4 and 5 | 10,000.00 | 1110-000 | | | 13,886.68 |
| | | | Redeeming real estate taxes on both parking spaces paid to Cook County | -4,777.30 | 4700-000 | | | 13,886.68 |
| | | | Payment of past due condo assessments on both parking spaces paid to 1250 N. LaSalle | -3,288.68 | 4120-000 | | | 13,886.68 |
| | | | Tax and insurance escrow held at Fidelity National Title | -2,145.68 | 2500-000 | | | 13,886.68 |
| | | | Closing costs paid to Fidelity National Title | -831.66 | 2500-000 | | | 13,886.68 |
| | {4} | | | 10,000.00 | 1110-000 | | | 13,886.68 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.37 | 13,876.31 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.62 | 13,857.69 |
| 12/13/13 | | Fidelity National Title Company | Balance of closing proceeds 1250 N. LaSalle parking spots | | | 2,145.68 | | 16,003.37 |
| | {4} | | | 1,072.84 | 1110-000 | | | 16,003.37 |
| | {5} | | | 1,072.84 | 1110-000 | | | 16,003.37 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.46 | 15,979.91 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.74 | 15,956.17 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.42 | 15,934.75 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.15 | 15,912.60 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.41 | 15,888.19 |

Subtotals : $16,102.36   $214.17

{} Asset reference(s)

Printed: 01/06/2015 06:07 PM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-21073 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | BECKER, JOANN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2866 - Checking Account |
| Taxpayer ID #: | **-***4777 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.85 | 15,865.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.05 | 15,843.29 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.06 | 15,818.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.99 | 15,796.24 |
| 10/30/14 | 101 | Ira Bodenstein | Trustee compensation approved 10/29/14 Dkt 45 | 2100-000 | | 3,464.57 | 12,331.67 |
| 10/30/14 | 102 | ELAN FINANCIAL SERVICES | Ref # ENDING 1925 Final distribution TFR approved 10/29/14 | 7100-000 | | 18.15 | 12,313.52 |
| 10/30/14 | 103 | United Central Bank | Final distribution TFR approved 10/29/14 | 7100-000 | | 12,313.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,102.36 | 16,102.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,102.36 | 16,102.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,102.36 | $16,102.36 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2866 | 16,102.36 | 16,102.36 | 0.00 |
| | $16,102.36 | $16,102.36 | $0.00 |

{} Asset reference(s)